THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  STEVEN ASIR THOMAS,                          CASE NO. C16-1147-JCC

10
                        Petitioner,            ORDER GRANTING
11                                             RESPONDENT'S MOTION TO
          v.                                   SEAL
12

13     UNITED STATES OF AMERICA,

14                      Respondent.

15         This matter comes before the Court on the Government's unopposed motion to seal (Dkt.

16  No. 27). Having thoroughly considered the parties' briefing and the relevant record, the Court

17  finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained

18  herein.

19         The Court starts from the position that "[t]here is a strong presumption of public access to

20  [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435

21  U.S. 589, 597 (1978). However, documents filed in support of a dispositive motion should

22  remain under seal when a party can "articulate[] compelling reasons supported by specific

23  factual findings" that outweigh the public's interest in access. *Kamakana v. City & Cty. of*

24  *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

25         The Government requests that one exhibit to its answer in opposition to Petitioner Steven

26  Thomas's motion to vacate, set aside, and correct sentence remain sealed. (Dkt. No. 27 at 1.) The

Government contends that the "attachment contains sensitive and personal information." (*Id.*) The Court finds that these are compelling reasons to keep the exhibit sealed and agrees that it should remain sealed. Therefore, the motion to seal is GRANTED.

DATED this 25th day of January 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RESPONDENT'S MOTION
TO SEAL
PAGE - 2